

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

ZACHARY HARWOOD
EMPLOYEE ID: 410075
DEPARTMENT: 102101
DD RECEIPT:  1023343934

FEIN: 14-1944882
Pay Period  01/23/2023  -  01/29/2023
Pay Date  02/02/2023

FITWH    **Filing Status: M**
GA    **Filing Status: J  Exemptions: 0 + $5.00**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | | | | 184.00 | 5,336.00 |
| OT | | | | 66.0166 | 2,871.72 |
| Hol | | | | 16.00 | 464.00 |
| Vac | | | | 8.00 | 232.00 |
| ‡Shoes | | | | | 100.00 |
| YB | | | 40.69 | | 40.69 |
| SB | | | | | 225.00 |
| **Total** | | | $40.69 | 274.0166 | $9,269.41 |
| **Total Hours Worked** | | | | 250.0166 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | | 623.27 |
| 401k Loan | | 491.55 |
| Aflac | | 120.00 |
| AflacPT | | 163.70 |
| Dental | | 35.00 |
| Health | | 460.00 |
| **Total** | | $1,893.52 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 8.95 | 611.14 |
| MED | 0.59 | 123.41 |
| SOC | 2.52 | 527.66 |
| GA | 0.81 | 415.70 |
| **Total** | $12.87 | $1,677.91 |

**Net Pay**    XXXXX5451    27.82

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 0.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | | 534.21 |

| Limits | BALANCE |
|---|---|
| 401k Loan | 13,960.02 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #  1023343934
Date    02/02/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **        VOID ** VOID **

102101    DD

Pay to the
Order of

**ZACHARY HARWOOD**
2148 CLUSTER LN
GRAYSON GA 30017

DIRECT DEPOSIT $27.82
TO ACCOUNT #    XXXXX5451
BANK #    XXXXX7273

N O N - N E G O T I A B L E

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

ZACHARY HARWOOD
CHECK # 110075
DEPARTMENT: 102101
DD RECEIPT:    1023343933

**Paycor**

FEIN: 14-1944882
Pay Period    01/23/2023 - 01/29/2023
Pay Date    02/02/2023

FITWH    **Filing Status: M**
GA    **Filing Status: J  Exemptions: 0 + $5.00**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 29.00 | 40.00 | 1,160.00 | 184.00 | 5,336.00 |
| OT | 43.50 | 11.30 | 491.55 | 66.0166 | 2,871.72 |
| Hol | | | | 16.00 | 464.00 |
| Vac | | | | | |
| ‡Shoes | | | | 8.00 | 232.00 |
| SB | | | | | 100.00 |
| | | | | | 225.00 |
| **Total** | | 51.30 | $1,651.55 | 274.0166 | $9,228.72 |
| **Total Hours Worked** | | 51.30 | | 250.0166 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 115.61 | 623.27 |
| 401k Loan | 98.31 | 491.55 |
| Aflac | 24.00 | 120.00 |
| AflacPT | 32.74 | 163.70 |
| Dental | 7.00 | 35.00 |
| Health | 92.00 | 460.00 |
| **Total** | $369.66 | $1,893.52 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 96.12 | 602.19 |
| MED | 22.04 | 122.82 |
| SOC | 94.23 | 525.14 |
| GA | 73.37 | 414.89 |
| **Total** | $285.76 | $1,665.04 |

| Net Pay | | |
|---|---|---|
| | XXXXXX5451 | $996.13 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 0.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | 99.09 | 534.21 |

| Limits | BALANCE |
|---|---|
| 401k Loan | 13,960.02 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #    1023343933
Date    02/02/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **     | VOID ** VOID **

102101    DD

DIRECT DEPOSIT $996.13
TO ACCOUNT #    XXXXX5451
BANK #    XXXXX7273

Pay to the
Order of

**ZACHARY HARWOOD**
2148 CLUSTER LN
GRAYSON GA 30017

**N O N - N E G O T I A B L E**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

ZACHARY HARWOOD
EMPLOYEE ID: 10075
DEPARTMENT: 102101
DD RECEIPT:  1023343934



FEIN:  14-1944882
Pay Period   01/23/2023 - 01/29/2023
Pay Date      02/02/2023

FITWH    **Filing Status: M**
GA          **Filing Status: J  Exemptions: 0 + $5.00**

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | | | | | 184.00 | 5,336.00 |
| OT | | | | | 66.0166 | 2,871.72 |
| Hol | | | | | 16.00 | 464.00 |
| Vac | | | | | 8.00 | 232.00 |
| ‡Shoes | | | | | | 100.00 |
| YB | | | | 40.69 | | 40.69 |
| SB | | | | | | 225.00 |
| **Total** | | | | $40.69 | 274.0166 | $9,269.41 |
| **Total Hours Worked** | | | | | 250.0166 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | | 623.27 |
| 401k Loan | | 491.55 |
| Aflac | | 120.00 |
| AflacPT | | 163.70 |
| Dental | | 35.00 |
| Health | | 460.00 |
| **Total** | | $1,893.52 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 8.95 | 611.14 |
| MED | 0.59 | 123.41 |
| SOC | 2.52 | 527.66 |
| GA | 0.81 | 415.70 |
| **Total** | $12.87 | $1,677.91 |
| **Net Pay** | XXXXXX5451 | $27.82 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 0.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | | 534.21 |

| Limits | BALANCE |
|---|---|
| 401k Loan | 13,960.02 |

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #   1023343934
Date                    02/02/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **          VOID ** VOID **

|  | 102101   DD | DIRECT DEPOSIT $27.82 |
|---|---|---|
| Pay to the Order of | **ZACHARY HARWOOD**<br>2148 CLUSTER LN<br>GRAYSON GA 30017 | TO ACCOUNT #   XXXXXX5451<br>BANK #              XXXXX7273<br><br>**N O N - N E G O T I A B L E** |

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

ZACHARY HARWOOD
CHECK #: 410075
DEPARTMENT: 102101
DD RECEIPT:   1023343933



FEIN: 14-1944882
Pay Period   01/23/2023   - 01/29/2023
Pay Date   02/02/2023

FITWH   **Filing Status: M**
GA   **Filing Status: J  Exemptions: 0 + $5.00**

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | 29.00 | 40.00 | | 1,160.00 | 184.00 | 5,336.00 |
| OT | 43.50 | 11.30 | | 491.55 | 66.0166 | 2,871.72 |
| Hol | | | | | 16.00 | 464.00 |
| Vac | | | | | 8.00 | 232.00 |
| ‡Shoes | | | | | | 100.00 |
| SB | | | | | | 225.00 |
| **Total** | | **51.30** | | **$1,651.55** | **274.0166** | **$9,228.72** |
| **Total Hours Worked** | | **51.30** | | | 250.0166 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 115.61 | 623.27 |
| 401k Loan | 98.31 | 491.55 |
| Aflac | 24.00 | 120.00 |
| AflacPT | 32.74 | 163.70 |
| Dental | 7.00 | 35.00 |
| Health | 92.00 | 460.00 |
| **Total** | **$369.66** | **$1,893.52** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 96.12 | 602.19 |
| MED | 22.04 | 122.82 |
| SOC | 94.23 | 525.14 |
| GA | 73.37 | 414.89 |
| **Total** | **$285.76** | **$1,665.04** |

| Net Pay | XXXXXX5451 | $996.13 |
|---|---|---|

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 0.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | 99.09 | 534.21 |

| Limits | BALANCE |
|---|---|
| 401k Loan | 13,960.02 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #   1023343933
Date        02/02/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **        VOID ** VOID **

102101    DD

DIRECT DEPOSIT $996.13
TO ACCOUNT #   XXXXXX5451
BANK #        XXXXX7273

Pay to the
Order of        **ZACHARY HARWOOD**
2148 CLUSTER LN
GRAYSON GA 30017

**N O N - N E G O T I A B L E**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

**ZACHARY HARWOOD**
EMPLOYEE: 0075
DEPARTMENT: 102101
DD RECEIPT:  1023488690

Paycor

FEIN: 14-1944882
Pay Period  01/30/2023 - 02/05/2023
Pay Date   02/09/2023

FITWH    Filing Status: M
GA       Filing Status: J  Exemptions: 0 + $5.00

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | | YTD |
|---|---|---|---|---|---|---|---|
| Reg | 29.00 | 40.00 | | 1,160.00 | 224.00 | | 6,496.00 |
| OT | 43.50 | 5.55 | | 241.43 | 71.5666 | | 3,113.15 |
| Hol | | | | | 16.00 | | 464.00 |
| Vac | | | | | 8.00 | | 232.00 |
| ‡Shoes | | | | | | | 100.00 |
| SB | | | | | | | 225.00 |
| YB | | | | | | | 40.69 |
| **Total** | | 45.55 | | $1,401.43 | 319.5666 | | $10,670.84 |
| **Total Hours Worked** | | 45.55 | | | 295.5666 | | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 98.10 | 721.37 |
| 401k Loan | 98.31 | 589.86 |
| Aflac | 24.00 | 144.00 |
| AflacPT | 32.74 | 196.44 |
| Dental | 7.00 | 42.00 |
| Health | 92.00 | 552.00 |
| **Total** | $352.15 | $2,245.67 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 68.21 | 679.35 |
| MED | 18.41 | 141.82 |
| SOC | 78.72 | 606.38 |
| GA | 60.00 | 475.70 |
| **Total** | $225.34 | $1,903.25 |

| Net Pay | XXXXXX5451 | $823.94 |
|---|---|---|

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 0.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | 84.09 | 618.30 |

| Limits | | BALANCE |
|---|---|---|
| 401k Loan | | 13,861.71 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #  1023488690
Date        02/09/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

102101   DD

DIRECT DEPOSIT $823.94
TO ACCOUNT #  XXXXX5451
BANK #        XXXXX7273

Pay to the
Order of      **ZACHARY HARWOOD**
2148 CLUSTER LN
GRAYSON GA 30017

**N O N - N E G O T I A B L E**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

ZACHARY HARWOOD
EMPLOYEE ID: 10075
DEPARTMENT: 102101
DD RECEIPT:  1023643897



FEIN:  14-1944882
Pay Period   02/06/2023  -  02/12/2023
Pay Date     02/16/2023

FITWH   **Filing Status: M**
GA      **Filing Status: J  Exemptions: 0 + $5.00**

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Reg | 29.00 | 40.00 | | 1,160.00 | 264.00 | 7,656.00 |
| OT | 43.50 | 15.2667 | | 664.10 | 86.8333 | 3,777.25 |
| Hol | | | | | 16.00 | 464.00 |
| Vac | | | | | 8.00 | 232.00 |
| ‡Shoes | | | | | | 100.00 |
| SB | | | | | | 225.00 |
| YB | | | | | | 40.69 |
| **Total** | | 55.2667 | | $1,824.10 | 374.8333 | $12,494.94 |
| **Total Hours Worked** | | 55.2667 | | | 350.8333 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 127.69 | 849.06 |
| 401k Loan | 98.31 | 688.17 |
| Aflac | 24.00 | 168.00 |
| AflacPT | 32.74 | 229.18 |
| Dental | 7.00 | 49.00 |
| Health | 92.00 | 644.00 |
| **Total** | $381.74 | $2,627.41 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 115.38 | 794.73 |
| MED | 24.54 | 166.36 |
| SOC | 104.93 | 711.31 |
| GA | 82.60 | 558.30 |
| **Total** | $327.45 | $2,230.70 |

**Net Pay**      XXXXXX5451      $1,114.91

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 0.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | 109.45 | 727.75 |

| Limits | | BALANCE |
|---|---|---|
| 401k Loan | | 13,763.40 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #  1023643897
Date          02/16/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **      VOID ** VOID **

102101    DD

Pay to the
Order of       **ZACHARY HARWOOD**
2148 CLUSTER LN
GRAYSON GA 30017

DIRECT DEPOSIT $1,114.91
TO ACCOUNT #   XXXXXX5451
BANK #         XXXXX7273

**N O N - N E G O T I A B L E**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046



ZACHARY HARWOOD
EMP ID: 10075
DEPARTMENT: 102101
DD RECEIPT:  1023795065

FEIN:  14-1944882
Pay Period   02/13/2023  -  02/19/2023
Pay Date     02/23/2023

FITWH    Filing Status: M
GA       Filing Status: J  Exemptions: 0 + $5.00

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Reg | 29.00 | 40.00 | | 1,160.00 | 304.00 | 8,816.00 |
| OT | 43.50 | 6.1333 | | 266.80 | 92.9666 | 4,044.05 |
| Hol | | | | | 16.00 | 464.00 |
| Vac | | | | | 8.00 | 232.00 |
| ‡Shoes | | | | | | 100.00 |
| Flex | 29.00 | 8.00 | | 232.00 | 8.00 | 232.00 |
| SB | | | | | | 225.00 |
| YB | | | | | | 40.69 |
| **Total** | | 54.1333 | | $1,658.80 | 428.9666 | $14,153.74 |
| **Total Hours Worked** | | 46.1333 | | | 396.9666 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 116.12 | 965.18 |
| 401k Loan | 98.31 | 786.48 |
| Aflac | 24.00 | 192.00 |
| AflacPT | 32.74 | 261.92 |
| Dental | 7.00 | 56.00 |
| Health | 92.00 | 736.00 |
| **Total** | $370.17 | $2,997.58 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 96.93 | 891.66 |
| MED | 22.14 | 188.50 |
| SOC | 94.68 | 805.99 |
| GA | 73.76 | 632.06 |
| **Total** | $287.51 | $2,518.21 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 160.00 |

| Net Pay | XXXXXX5451 | $1,001.12 |
|---|---|---|

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | 99.53 | 827.28 |

| Limits | | BALANCE |
|---|---|---|
| 401k Loan | | 13,665.09 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #  1023795065
Date          02/23/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **          VOID ** VOID **

102101    DD

Pay to the
Order of

**ZACHARY HARWOOD**
2148 CLUSTER LN
GRAYSON GA 30017

DIRECT DEPOSIT $1,001.12
TO ACCOUNT #    XXXXXX5451
BANK #          XXXXX7273

N O N - N E G O T I A B L E

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

ZACHARY HARWOOD
EMPLOYEE ID: 10075
DEPARTMENT: 102101
DD RECEIPT:  1023959908



FEIN: 14-1944882
Pay Period   02/20/2023 - 02/26/2023
Pay Date   03/02/2023

FITWH   Filing Status: M
GA   Filing Status: J  Exemptions: 0 + $5.00

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Reg | | | | 344.00 | 9,976.00 |
| OT | | | | 110.1166 | 4,790.08 |
| Hol | | | | 16.00 | 464.00 |
| Vac | | | | 8.00 | 232.00 |
| ‡Shoes | | | | | 100.00 |
| YB | | | 241.48 | | 282.17 |
| Flex | | | | 8.00 | 232.00 |
| SB | | | | | 225.00 |
| **Total** | | | $241.48 | 486.1166 | $16,301.25 |
| **Total Hours Worked** | | | | 454.1166 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | | 1,098.60 |
| 401k Loan | | 884.79 |
| Aflac | | 216.00 |
| AflacPT | | 294.66 |
| Dental | | 63.00 |
| Health | | 828.00 |
| **Total** | | $3,385.05 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 53.13 | 1,069.31 |
| MED | 3.50 | 217.73 |
| SOC | 14.97 | 930.97 |
| GA | 12.07 | 731.11 |
| **Total** | $83.67 | $2,949.12 |

| Net Pay | | |
|---|---|---|
| | XXXXXX5451 | $157.81 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | | 941.64 |

| Limits | BALANCE |
|---|---|
| 401k Loan | 13,566.78 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #   1023959908
Date   03/02/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

102101   DD

Pay to the
Order of

**ZACHARY HARWOOD**
2148 CLUSTER LN
GRAYSON GA 30017

DIRECT DEPOSIT $157.81
TO ACCOUNT #   XXXXXX5451
BANK #   XXXXX7273

**N O N - N E G O T I A B L E**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

ZACHARY HARWOOD
EMPLOYEE: 10075
DEPARTMENT: 102101
DD RECEIPT:  1023959907



FEIN: 14-1944882
Pay Period  02/20/2023 - 02/26/2023
Pay Date   03/02/2023

FITWH    **Filing Status: M**
GA       **Filing Status: J  Exemptions: 0 + $5.00**

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Reg | 29.00 | 40.00 | | 1,160.00 | 344.00 | 9,976.00 |
| OT | 43.50 | 17.15 | | 746.03 | 110.1166 | 4,790.08 |
| Hol | | | | | 16.00 | 464.00 |
| Vac | | | | | 8.00 | 232.00 |
| ‡Shoes | | | | | | 100.00 |
| Flex | | | | | 8.00 | 232.00 |
| SB | | | | | | 225.00 |
| YB | | | | | | 40.69 |
| **Total** | | 57.15 | | $1,906.03 | 486.1166 | $16,059.77 |
| **Total Hours Worked** | | 57.15 | | | 454.1166 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 133.42 | 1,098.60 |
| 401k Loan | 98.31 | 884.79 |
| Aflac | 24.00 | 216.00 |
| AflacPT | 32.74 | 294.66 |
| Dental | 7.00 | 63.00 |
| Health | 92.00 | 828.00 |
| **Total** | $387.47 | $3,385.05 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 124.52 | 1,016.18 |
| MED | 25.73 | 214.23 |
| SOC | 110.01 | 916.00 |
| GA | 86.98 | 719.04 |
| **Total** | $347.24 | $2,865.45 |

| Net Pay | | |
|---|---|---|
| | XXXXXX5451 | $1,171.32 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | 114.36 | 941.64 |

| Limits | BALANCE |
|---|---|
| 401k Loan | 13,566.78 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #  1023959907
Date        03/02/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **     VOID ** VOID **

| | | |
|---|---|---|
| | 102101   DD | DIRECT DEPOSIT $1,171.32 |
| Pay to the | | TO ACCOUNT #  XXXXXX5451 |
| Order of | | BANK #  XXXXX7273 |
| | **ZACHARY HARWOOD** | |
| | 2148 CLUSTER LN | **N O N - N E G O T I A B L E** |
| | GRAYSON GA 30017 | |

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

ZACHARY HARWOOD
CHECK NO: 240075
DEPARTMENT: 102101
DD RECEIPT:   1023959908

Paycor

FEIN:  14-1944882
Pay Period   02/20/2023  - 02/26/2023
Pay Date      03/02/2023

FITWH   **Filing Status: M**
GA        **Filing Status: J  Exemptions: 0 + $5.00**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Reg | | | | 344.00 | 9,976.00 |
| OT | | | | 110.1166 | 4,790.08 |
| Hol | | | | 16.00 | 464.00 |
| Vac | | | | 8.00 | 232.00 |
| ‡Shoes | | | | | 100.00 |
| YB | | | 241.48 | | 282.17 |
| Flex | | | | 8.00 | 232.00 |
| SB | | | | | 225.00 |
| **Total** | | | $241.48 | 486.1166 | $16,301.25 |
| **Total Hours Worked** | | | | 454.1166 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | | 1,098.60 |
| 401k Loan | | 884.79 |
| Aflac | | 216.00 |
| AflacPT | | 294.66 |
| Dental | | 63.00 |
| Health | | 828.00 |
| **Total** | | $3,385.05 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 53.13 | 1,069.31 |
| MED | 3.50 | 217.73 |
| SOC | 14.97 | 930.97 |
| GA | 12.07 | 731.11 |
| **Total** | $83.67 | $2,949.12 |

| Net Pay | | |
|---|---|---|
| | XXXXXX5451 | $157.81 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | | 941.64 |

| Limits | | BALANCE |
|---|---|---|
| 401k Loan | | 13,566.78 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #   1023959908
Date             03/02/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **

VOID ** VOID **

Pay to the
Order of

102101    DD

**ZACHARY HARWOOD**
2148 CLUSTER LN
GRAYSON GA 30017

DIRECT DEPOSIT $157.81
TO ACCOUNT #      XXXXXX5451
BANK #            XXXXX7273

N O N - N E G O T I A B L E

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

ZACHARY HARWOOD
EMPLOYEE: 240075
DEPARTMENT: 102101
DD RECEIPT:   1023959907

**Paycor**

FEIN:  14-1944882

| | | | |
|---|---|---|---|
| Pay Period | 02/20/2023 - 02/26/2023 | FITWH | Filing Status: M |
| Pay Date | 03/02/2023 | GA | Filing Status: J  Exemptions: 0 + $5.00 |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Reg | 29.00 | 40.00 | 1,160.00 | 344.00 | 9,976.00 |
| OT | 43.50 | 17.15 | 746.03 | 110.1166 | 4,790.08 |
| Hol | | | | 16.00 | 464.00 |
| Vac | | | | 8.00 | 232.00 |
| ‡Shoes | | | | | 100.00 |
| Flex | | | | 8.00 | 232.00 |
| SB | | | | | 225.00 |
| YB | | | | | 40.69 |
| **Total** | | 57.15 | $1,906.03 | 486.1166 | $16,059.77 |
| **Total Hours Worked** | | 57.15 | | 454.1166 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 133.42 | 1,098.60 |
| 401k Loan | 98.31 | 884.79 |
| Aflac | 24.00 | 216.00 |
| AflacPT | 32.74 | 294.66 |
| Dental | 7.00 | 63.00 |
| Health | 92.00 | 828.00 |
| **Total** | $387.47 | $3,385.05 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 124.52 | 1,016.18 |
| MED | 25.73 | 214.23 |
| SOC | 110.01 | 916.00 |
| GA | 86.98 | 719.04 |
| **Total** | $347.24 | $2,865.45 |

| Net Pay | XXXXXX5451 | $1,171.32 |
|---|---|---|

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | 114.36 | 941.64 |

| Limits | BALANCE |
|---|---|
| 401k Loan | 13,566.78 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #   1023959907
Date          03/02/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **          VOID ** VOID **

                                                         102101    DD          DIRECT DEPOSIT $1,171.32
Pay to the                                                                      TO ACCOUNT #   XXXXXX5451
Order of          **ZACHARY HARWOOD**                                           BANK #         XXXXX7273
                  2148 CLUSTER LN
                  GRAYSON GA 30017                                              N O N - N E G O T I A B L E

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

ZACHARY HARWOOD
CHECK NO: 1240075
DEPARTMENT: 102101
DD RECEIPT: 1024105073



FEIN: 14-1944882

| | | | | | | |
|---|---|---|---|---|---|---|
| Pay Period | 02/27/2023 - 03/05/2023 | | | FITWH | Filing Status: M | |
| Pay Date | 03/09/2023 | | | GA | Filing Status: J Exemptions: 0 + $5.00 | |

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | 29.00 | 40.00 | | 1,160.00 | 384.00 | 11,136.00 |
| OT | 43.50 | 12.2167 | | 531.43 | 122.3333 | 5,321.51 |
| Hol | | | | | 16.00 | 464.00 |
| Vac | | | | | 8.00 | 232.00 |
| ‡Shoes | | | | | | 100.00 |
| Flex | | | | | 8.00 | 232.00 |
| SB | | | | | | 225.00 |
| YB | | | | | | 282.17 |
| **Total** | | 52.2167 | | $1,691.43 | 538.3333 | $17,992.68 |
| **Total Hours Worked** | | 52.2167 | | | 506.3333 | |

| Deductions | CURRENT | YTD | | Taxes | CURRENT | YTD |
|---|---|---|---|---|---|---|
| 401k | 118.40 | 1,217.00 | | FITWH | 100.57 | 1,169.88 |
| 401k Loan | 98.31 | 983.10 | | MED | 22.62 | 240.35 |
| Aflac | 24.00 | 240.00 | | SOC | 96.70 | 1,027.67 |
| AflacPT | 32.74 | 327.40 | | GA | 75.50 | 806.61 |
| Dental | 7.00 | 70.00 | | **Total** | $295.39 | $3,244.51 |
| Health | 92.00 | 920.00 | | | | |
| **Total** | $372.45 | $3,757.50 | | **Net Pay** | XXXXXX5451 | $1,023.59 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 160.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | 101.49 | 1,043.13 |

| Limits | BALANCE |
|---|---|
| 401k Loan | 13,468.47 |

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #   1024105073
Date              03/09/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **     | VOID ** VOID **

102101    DD

DIRECT DEPOSIT  $1,023.59
TO ACCOUNT #    XXXXXX5451
BANK #          XXXXX7273

Pay to the
Order of

**ZACHARY HARWOOD**
2148 CLUSTER LN
GRAYSON GA 30017

**N O N - N E G O T I A B L E**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

ZACHARY HARWOOD
CHECK NO: 240075
DEPARTMENT: 102101
DD RECEIPT: 1024264270



FEIN: 14-1944882
Pay Period   03/06/2023 - 03/12/2023
Pay Date     03/16/2023

FITWH    Filing Status: M
GA       Filing Status: J  Exemptions: 0 + $5.00

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | | YTD |
|---|---|---|---|---|---|---|---|
| Hourly | 30.75 | 40.00 | | 1,230.00 | 424.00 | | 12,366.00 |
| OT | 46.125 | 12.4167 | | 572.72 | 134.75 | | 5,894.23 |
| Hol | | | | | 16.00 | | 464.00 |
| Vac | | | | | 8.00 | | 232.00 |
| ‡Shoes | | | | | | | 100.00 |
| Flex | | | | | 8.00 | | 232.00 |
| SB | | | | | | | 225.00 |
| YB | | | | | | | 282.17 |
| **Total** | | 52.4167 | | $1,802.72 | 590.75 | | $19,795.40 |
| **Total Hours Worked** | | 52.4167 | | | 558.75 | | |

| Taxes | | CURRENT | YTD |
|---|---|---|---|
| FITWH | | 112.99 | 1,282.87 |
| MED | | 24.23 | 264.58 |
| SOC | | 103.60 | 1,131.27 |
| GA | | 81.46 | 888.07 |
| **Total** | | $322.28 | $3,566.79 |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 126.19 | 1,343.19 |
| 401k Loan | 98.31 | 1,081.41 |
| Aflac | 24.00 | 264.00 |
| AflacPT | 32.74 | 360.14 |
| Dental | 7.00 | 77.00 |
| Health | 92.00 | 1,012.00 |
| **Total** | $380.24 | $4,137.74 |

| Net Pay | XXXXXX5451 | $1,100.20 |
|---|---|---|

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 160.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | 108.16 | 1,151.29 |

| Limits | BALANCE |
|---|---|
| 401k Loan | 13,370.16 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #  1024264270
Date              03/16/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **

VOID ** VOID **

Pay to the
Order of

**ZACHARY HARWOOD**
2148 CLUSTER LN
GRAYSON GA 30017

102101    DD

DIRECT DEPOSIT  $1,100.20
TO ACCOUNT #    XXXXXX5451
BANK #          XXXXX7273

N O N - N E G O T I A B L E

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

**ZACHARY HARWOOD**
EMPLOYEE #: 240075
DEPARTMENT: 102101
DD RECEIPT:  1024419426

**Paycor**

FEIN:  14-1944882

| | | |
|---|---|---|
| Pay Period | 03/13/2023 - 03/19/2023 | |
| Pay Date | 03/23/2023 | |

**FITWH** — Filing Status: M
**GA** — Filing Status: J  Exemptions: 0 + $5.00

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | 30.75 | 40.00 | | 1,230.00 | 464.00 | 13,596.00 |
| OT | 46.125 | 21.0833 | | 972.47 | 155.8333 | 6,866.70 |
| Hol | | | | | 16.00 | 464.00 |
| Vac | | | | | 8.00 | 232.00 |
| ‡Shoes | | | | | | 100.00 |
| Flex | | | | | 8.00 | 232.00 |
| SB | | | | | | 225.00 |
| YB | | | | | | 282.17 |
| **Total** | | 61.0833 | | **$2,202.47** | 651.8333 | **$21,997.87** |
| **Total Hours Worked** | | 61.0833 | | | 619.8333 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 154.17 | 1,497.36 |
| 401k Loan | 98.31 | 1,179.72 |
| Aflac | 24.00 | 288.00 |
| AflacPT | 32.74 | 392.88 |
| Dental | 7.00 | 84.00 |
| Health | 92.00 | 1,104.00 |
| **Total** | **$408.22** | **$4,545.96** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 157.60 | 1,440.47 |
| MED | 30.03 | 294.61 |
| SOC | 128.39 | 1,259.66 |
| GA | 102.83 | 990.90 |
| **Total** | **$418.85** | **$3,985.64** |

| Net Pay | | |
|---|---|---|
| | XXXXXX5451 | $1,375.40 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 160.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | 132.15 | 1,283.44 |

| Limits | BALANCE |
|---|---|
| 401k Loan | 13,271.85 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #  1024419426
Date          03/23/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

102101    DD

Pay to the
Order of

**ZACHARY HARWOOD**
2148 CLUSTER LN
GRAYSON GA 30017

DIRECT DEPOSIT $1,375.40
TO ACCOUNT #    XXXXXX5451
BANK #          XXXXXX7273

**N O N - N E G O T I A B L E**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

ZACHARY HARWOOD
EMPLOYEE: 410075
DEPARTMENT: 102101
DD RECEIPT:  1024556063



FEIN: 14-1944882
Pay Period   03/20/2023 - 03/26/2023
Pay Date     03/30/2023

FITWH      **Filing Status: M**
GA         **Filing Status: J  Exemptions: 0 + $5.00**

### Earnings

| | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | | | | | 504.00 | 14,826.00 |
| OT | | | | | 167.5833 | 7,408.67 |
| Hol | | | | | 16.00 | 464.00 |
| Vac | | | | | 8.00 | 232.00 |
| ‡Shoes | | | | | | 100.00 |
| YB | | | | 488.27 | | 770.44 |
| Flex | | | | | 8.00 | 232.00 |
| SB | | | | | | 225.00 |
| **Total** | | | | **$488.27** | **703.5833** | **$24,258.11** |
| **Total Hours Worked** | | | | | 671.5833 | |

### Deductions

| | CURRENT | YTD |
|---|---|---|
| 401k | | 1,621.40 |
| 401k Loan | | 1,278.03 |
| Aflac | | 312.00 |
| AflacPT | | 425.62 |
| Dental | | 91.00 |
| Health | | 1,196.00 |
| **Total** | | **$4,924.05** |

### Taxes

| | CURRENT | YTD |
|---|---|---|
| FITWH | 107.42 | 1,657.45 |
| MED | 7.08 | 325.47 |
| SOC | 30.27 | 1,391.62 |
| GA | 28.08 | 1,098.79 |
| **Total** | **$172.85** | **$4,473.33** |

**Net Pay**     XXXXXX5451            $315.42

### Time Off (hours)

| | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 160.00 |

### Other Amount

| | CURRENT | YTD |
|---|---|---|
| 401KMatch | | 1,389.76 |

### Limits

| | BALANCE |
|---|---|
| 401k Loan | 13,173.54 |

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #  1024556063
Date      03/30/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **       | VOID ** VOID **

Pay to the
Order of            **ZACHARY HARWOOD**
                    2148 CLUSTER LN
                    GRAYSON GA 30017

102101   DD

DIRECT DEPOSIT  $315.42
TO ACCOUNT #    XXXXXX5451
BANK #          XXXXXX7273

N O N - N E G O T I A B L E

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

**ZACHARY HARWOOD**
EMPLOYEE ID: 1240075
DEPARTMENT: 102101
DD RECEIPT: 1024556062

**Paycor**

FEIN: 14-1944882
Pay Period 03/20/2023 - 03/26/2023
Pay Date   03/30/2023

FITWH   **Filing Status: M**
GA      **Filing Status: J  Exemptions: 0 + $5.00**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 30.75 | 40.00 | 1,230.00 | 504.00 | 14,826.00 |
| OT | 46.125 | 11.75 | 541.97 | 167.5833 | 7,408.67 |
| Hol | | | | 16.00 | 464.00 |
| Vac | | | | 8.00 | 232.00 |
| ‡Shoes | | | | | 100.00 |
| Flex | | | | 8.00 | 232.00 |
| SB | | | | | 225.00 |
| YB | | | | | 282.17 |
| **Total** | | 51.75 | $1,771.97 | 703.5833 | $23,769.84 |
| **Total Hours Worked** | | 51.75 | | 671.5833 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 124.04 | 1,621.40 |
| 401k Loan | 98.31 | 1,278.03 |
| Aflac | 24.00 | 312.00 |
| AflacPT | 32.74 | 425.62 |
| Dental | 7.00 | 91.00 |
| Health | 92.00 | 1,196.00 |
| **Total** | $378.09 | $4,924.05 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 109.56 | 1,550.03 |
| MED | 23.78 | 318.39 |
| SOC | 101.69 | 1,361.35 |
| GA | 79.81 | 1,070.71 |
| **Total** | $314.84 | $4,300.48 |

| Net Pay | | |
|---|---|---|
| | XXXXXX5451 | $1,079.04 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 160.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | 106.32 | 1,389.76 |

| Limits | BALANCE |
|---|---|
| 401k Loan | 13,173.54 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #  1024556062
Date        03/30/2023

Pay this Amount

** N O N - N E G O T I A B L E** D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

102101   DD

DIRECT DEPOSIT $1,079.04
TO ACCOUNT #   XXXXXX5451
BANK #         XXXXXX7273

Pay to the
Order of

**ZACHARY HARWOOD**
2148 CLUSTER LN
GRAYSON GA 30017

N O N - N E G O T I A B L E

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

**Paycor**

ZACHARY HARWOOD
XXXXXX0075
DEPARTMENT: 102101
DD RECEIPT: 1024556063

FEIN: 14-1944882
Pay Period   03/20/2023 - 03/26/2023
Pay Date     03/30/2023

FITWH    **Filing Status: M**
GA       **Filing Status: J  Exemptions: 0 + $5.00**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | | | | 504.00 | 14,826.00 |
| OT | | | | 167.5833 | 7,408.67 |
| Hol | | | | 16.00 | 464.00 |
| Vac | | | | 8.00 | 232.00 |
| ‡Shoes | | | | | 100.00 |
| YB | | | 488.27 | | 770.44 |
| Flex | | | | 8.00 | 232.00 |
| SB | | | | | 225.00 |
| **Total** | | | **$488.27** | **703.5833** | **$24,258.11** |
| **Total Hours Worked** | | | | 671.5833 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | | 1,621.40 |
| 401k Loan | | 1,278.03 |
| Aflac | | 312.00 |
| AflacPT | | 425.62 |
| Dental | | 91.00 |
| Health | | 1,196.00 |
| **Total** | | **$4,924.05** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 107.42 | 1,657.45 |
| MED | 7.08 | 325.47 |
| SOC | 30.27 | 1,391.62 |
| GA | 28.08 | 1,098.79 |
| **Total** | **$172.85** | **$4,473.33** |

| **Net Pay** | XXXXXX5451 | | $315.42 |
|---|---|---|---|

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 160.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | | 1,389.76 |

| Limits | BALANCE |
|---|---|
| 401k Loan | 13,173.54 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #   1024556063
Date               03/30/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

Pay to the
Order of

102101    DD

**ZACHARY HARWOOD**
2148 CLUSTER LN
GRAYSON GA 30017

DIRECT DEPOSIT $315.42
TO ACCOUNT #   XXXXXX5451
BANK #         XXXXXX7273

N O N - N E G O T I A B L E

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

**ZACHARY HARWOOD**
EMPLOYEE ID: 240075
DEPARTMENT: 102101
DD RECEIPT:  1024556062

# Paycor

FEIN:  14-1944882
Pay Period    03/20/2023 - 03/26/2023
Pay Date    03/30/2023

**FITWH**    **Filing Status: M**
**GA**    **Filing Status: J  Exemptions: 0 + $5.00**

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | 30.75 | 40.00 | | 1,230.00 | 504.00 | 14,826.00 |
| OT | 46.125 | 11.75 | | 541.97 | 167.5833 | 7,408.67 |
| Hol | | | | | 16.00 | 464.00 |
| Vac | | | | | 8.00 | 232.00 |
| ‡Shoes | | | | | | 100.00 |
| Flex | | | | | 8.00 | 232.00 |
| SB | | | | | | 225.00 |
| YB | | | | | | 282.17 |
| **Total** | | 51.75 | | $1,771.97 | 703.5833 | $23,769.84 |
| **Total Hours Worked** | | 51.75 | | | 671.5833 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 124.04 | 1,621.40 |
| 401k Loan | 98.31 | 1,278.03 |
| Aflac | 24.00 | 312.00 |
| AflacPT | 32.74 | 425.62 |
| Dental | 7.00 | 91.00 |
| Health | 92.00 | 1,196.00 |
| **Total** | **$378.09** | **$4,924.05** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 109.56 | 1,550.03 |
| MED | 23.78 | 318.39 |
| SOC | 101.69 | 1,361.35 |
| GA | 79.81 | 1,070.71 |
| **Total** | **$314.84** | **$4,300.48** |

| Net Pay | XXXXXX5451 | |
|---|---|---|
| | | $1,079.04 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 160.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | 106.32 | 1,389.76 |

| Limits | | BALANCE |
|---|---|---|
| 401k Loan | | 13,173.54 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #  1024556062
Date    03/30/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **      VOID ** VOID **

102101    DD

DIRECT DEPOSIT $1,079.04
TO ACCOUNT #    XXXXXX5451
BANK #    XXXXXX7273

Pay to the
Order of

**ZACHARY HARWOOD**
2148 CLUSTER LN
GRAYSON GA 30017

**N O N - N E G O T I A B L E**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

**ZACHARY HARWOOD**
EMPLID: 040075
DEPARTMENT: 102101
DD RECEIPT: 1024738341

Paycor

FEIN: 14-1944882
Pay Period    03/27/2023 - 04/02/2023
Pay Date    04/06/2023

FITWH    Filing Status: M
GA    Filing Status: J  Exemptions: 0 + $5.00

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | 30.75 | 40.00 | | 1,230.00 | 544.00 | 16,056.00 |
| OT | 46.125 | 4.1333 | | 190.65 | 171.7166 | 7,599.32 |
| Hol | | | | | 16.00 | 464.00 |
| Vac | | | | | 8.00 | 232.00 |
| ‡Shoes | | | | | 8.00 | 232.00 |
| Flex | | | | | | 100.00 |
| SB | | | | | 8.00 | 232.00 |
| YB | | | | | | 225.00 |
| | | | | | | 770.44 |
| **Total** | | 44.1333 | | $1,420.65 | 747.7166 | $25,678.76 |
| **Total Hours Worked** | | 44.1333 | | | 715.7166 | |

| Deductions | CURRENT | YTD | | Taxes | CURRENT | YTD |
|---|---|---|---|---|---|---|
| 401k | 99.45 | 1,720.85 | | FITWH | 70.35 | 1,727.80 |
| 401k Loan | 98.31 | 1,376.34 | | MED | 18.69 | 344.16 |
| Aflac | 24.00 | 336.00 | | SOC | 79.91 | 1,471.53 |
| AflacPT | 32.74 | 458.36 | | GA | 61.02 | 1,159.81 |
| Dental | 7.00 | 98.00 | | **Total** | $229.97 | $4,703.30 |
| Health | 92.00 | 1,288.00 | | | | |
| **Total** | $353.50 | $5,277.55 | | **Net Pay** | XXXXXX5451 | $837.18 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 160.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | 85.24 | 1,475.00 |

| Limits | | BALANCE |
|---|---|---|
| 401k Loan | | 13,075.23 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #  1024738341
Date    04/06/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

102101    DD

DIRECT DEPOSIT $837.18
TO ACCOUNT #    XXXXXX5451
BANK #    XXXXXX7273

Pay to the
Order of

**ZACHARY HARWOOD**
2148 CLUSTER LN
GRAYSON GA 30017

N O N - N E G O T I A B L E

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

ZACHARY HARWOOD
CHECK #: 240075
DEPARTMENT: 102101
DD RECEIPT:  1024875465



FEIN: 14-1944882
Pay Period   04/03/2023  -  04/09/2023
Pay Date     04/13/2023

FITWH   Filing Status: M
GA      Filing Status: J  Exemptions: 0 + $5.00

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | | | | | 544.00 | 16,056.00 |
| OT | | | | | 171.7166 | 7,599.32 |
| Hol | | | | | 16.00 | 464.00 |
| Vac | | | | | 48.00 | 1,462.00 |
| ‡Shoes | | | | 225.00 | | 100.00 |
| SB | | | | | | 450.00 |
| Flex | | | | | 8.00 | 232.00 |
| YB | | | | | | 770.44 |
| **Total** | | | | $225.00 | 787.7166 | $27,133.76 |
| **Total Hours Worked** | | | | | 715.7166 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | | 1,806.95 |
| 401k Loan | | 1,474.65 |
| Aflac | | 360.00 |
| AflacPT | | 491.10 |
| Dental | | 105.00 |
| Health | | 1,380.00 |
| **Total** | | $5,617.70 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 49.50 | 1,826.37 |
| MED | 3.26 | 363.34 |
| SOC | 13.95 | 1,553.57 |
| GA | 13.50 | 1,224.14 |
| **Total** | $80.21 | $4,967.42 |

| Net Pay | | |
|---|---|---|
| | XXXXXX5451 | $144.79 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 120.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | | 1,548.80 |

| Limits | | BALANCE |
|---|---|---|
| 401k Loan | | 12,976.92 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #  1024875465
Date      04/13/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **     VOID ** VOID **

102101   DD

Pay to the
Order of

**ZACHARY HARWOOD**
2148 CLUSTER LN
GRAYSON GA 30017

DIRECT DEPOSIT  $144.79
TO ACCOUNT #    XXXXXX5451
BANK #          XXXXXX7273

N O N - N E G O T I A B L E

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

ZACHARY HARWOOD
CHECK NUMBER: 240075
DEPARTMENT: 102101
DD RECEIPT: 1024875464



FEIN: 14-1944882

| | | | | | | |
|---|---|---|---|---|---|---|
| Pay Period | 04/03/2023 - 04/09/2023 | | | **FITWH** | **Filing Status: M** | |
| Pay Date | 04/13/2023 | | | **GA** | **Filing Status: J  Exemptions: 0 + $5.00** | |

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | | | | 544.00 | 16,056.00 |
| OT | | | | 171.7166 | 7,599.32 |
| Hol | | | | 16.00 | 464.00 |
| Vac | 30.75 | 40.00 | 1,230.00 | 48.00 | 1,462.00 |
| ‡Shoes | | | | | 100.00 |
| Flex | | | | 8.00 | 232.00 |
| SB | | | | | 225.00 |
| YB | | | | | 770.44 |
| **Total** | | 40.00 | $1,230.00 | 787.7166 | $26,908.76 |
| **Total Hours Worked** | | | | 715.7166 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 86.10 | 1,806.95 |
| 401k Loan | 98.31 | 1,474.65 |
| Aflac | 24.00 | 360.00 |
| AflacPT | 32.74 | 491.10 |
| Dental | 7.00 | 105.00 |
| Health | 92.00 | 1,380.00 |
| **Total** | $340.15 | $5,617.70 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 49.07 | 1,776.87 |
| MED | 15.92 | 360.08 |
| SOC | 68.09 | 1,539.62 |
| GA | 50.83 | 1,210.64 |
| **Total** | $183.91 | $4,887.21 |

| Net Pay | XXXXXX5451 | $705.94 |
|---|---|---|

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 120.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | 73.80 | 1,548.80 |

| Limits | BALANCE |
|---|---|
| 401k Loan | 12,976.92 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #   1024875464
Date                 04/13/2023

Pay this Amount

**\*\* N O N - N E G O T I A B L E \*\* D I R E C T   D E P O S I T   R E C E I P T \*\***

VOID \*\* VOID \*\*

102101   DD

Pay to the
Order of

**ZACHARY HARWOOD**
2148 CLUSTER LN
GRAYSON GA 30017

DIRECT DEPOSIT $705.94
TO ACCOUNT #   XXXXXX5451
BANK #              XXXXXX7273

**N O N - N E G O T I A B L E**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

ZACHARY HARWOOD

EMPLOYEE ID:   15075
DEPARTMENT:   102101
DD RECEIPT:   1024875465



FEIN:  14-1944882
Pay Period   04/03/2023  -  04/09/2023
Pay Date   04/13/2023

FITWH   **Filing Status: M**
GA   **Filing Status: J  Exemptions: 0 + $5.00**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | | | | 544.00 | 16,056.00 |
| OT | | | | 171.7166 | 7,599.32 |
| Hol | | | | 16.00 | 464.00 |
| Vac | | | | 48.00 | 1,462.00 |
| ‡Shoes | | | | | 100.00 |
| SB | | | 225.00 | | 450.00 |
| Flex | | | | 8.00 | 232.00 |
| YB | | | | | 770.44 |
| **Total** | | | $225.00 | 787.7166 | $27,133.76 |
| **Total Hours Worked** | | | | 715.7166 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | | 1,806.95 |
| 401k Loan | | 1,474.65 |
| Aflac | | 360.00 |
| AflacPT | | 491.10 |
| Dental | | 105.00 |
| Health | | 1,380.00 |
| **Total** | | $5,617.70 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 49.50 | 1,826.37 |
| MED | 3.26 | 363.34 |
| SOC | 13.95 | 1,553.57 |
| GA | 13.50 | 1,224.14 |
| **Total** | $80.21 | $4,967.42 |
| **Net Pay** | XXXXXX5451 | $144.79 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 120.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | | 1,548.80 |

| Limits | BALANCE |
|---|---|
| 401k Loan | 12,976.92 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #   1024875465
Date   04/13/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **      VOID ** VOID **

102101   DD

Pay to the
Order of

**ZACHARY HARWOOD**
2148 CLUSTER LN
GRAYSON GA 30017

DIRECT DEPOSIT  $144.79
TO ACCOUNT #   XXXXXX5451
BANK #   XXXXXX7273

**N O N - N E G O T I A B L E**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

ZACHARY HARWOOD
VOUCHER: 00240075
DEPARTMENT: 102101
DD RECEIPT: 1024875464



FEIN: 14-1944882
Pay Period    04/03/2023  -  04/09/2023
Pay Date      04/13/2023

FITWH    **Filing Status: M**
GA       **Filing Status: J  Exemptions: 0 + $5.00**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | | | | 544.00 | 16,056.00 |
| OT | | | | 171.7166 | 7,599.32 |
| Hol | | | | 16.00 | 464.00 |
| Vac | 30.75 | 40.00 | 1,230.00 | 48.00 | 1,462.00 |
| ‡Shoes | | | | | 100.00 |
| Flex | | | | 8.00 | 232.00 |
| SB | | | | | 225.00 |
| YB | | | | | 770.44 |
| **Total** | | 40.00 | $1,230.00 | 787.7166 | $26,908.76 |
| **Total Hours Worked** | | | | 715.7166 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 86.10 | 1,806.95 |
| 401k Loan | 98.31 | 1,474.65 |
| Aflac | 24.00 | 360.00 |
| AflacPT | 32.74 | 491.10 |
| Dental | 7.00 | 105.00 |
| Health | 92.00 | 1,380.00 |
| **Total** | $340.15 | $5,617.70 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 49.07 | 1,776.87 |
| MED | 15.92 | 360.08 |
| SOC | 68.09 | 1,539.62 |
| GA | 50.83 | 1,210.64 |
| **Total** | $183.91 | $4,887.21 |

| Net Pay | | |
|---|---|---|
| | XXXXXX5451 | $705.94 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 120.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | 73.80 | 1,548.80 |

| Limits | BALANCE |
|---|---|
| 401k Loan | 12,976.92 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #  1024875464
Date       04/13/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

|  | 102101   DD | DIRECT DEPOSIT $705.94 |
|---|---|---|
| Pay to the Order of | **ZACHARY HARWOOD**<br>2148 CLUSTER LN<br>GRAYSON GA 30017 | TO ACCOUNT #  XXXXXX5451<br>BANK #        XXXXXX7273<br>**N O N - N E G O T I A B L E** |

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

ZACHARY HARWOOD
CHECK NO: 0075
DEPARTMENT: 102101
DD RECEIPT: 1025064176

**Paycor**

FEIN: 14-1944882
Pay Period  04/10/2023 - 04/16/2023
Pay Date  04/20/2023

FITWH    **Filing Status: M**
GA      **Filing Status: J  Exemptions: 0 + $5.00**

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | 30.75 | 40.00 | | 1,230.00 | 584.00 | 17,286.00 |
| OT | 46.125 | 23.25 | | 1,072.41 | 194.9666 | 8,671.73 |
| Hol | | | | | 16.00 | 464.00 |
| Vac | | | | | 48.00 | 1,462.00 |
| ‡Shoes | | | | | | 100.00 |
| Flex | | | | | 8.00 | 232.00 |
| SB | | | | | | 450.00 |
| YB | | | | | | 770.44 |
| **Total** | | 63.25 | | $2,302.41 | 850.9666 | $29,436.17 |
| **Total Hours Worked** | | 63.25 | | | 778.9666 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 161.17 | 1,968.12 |
| 401k Loan | 98.31 | 1,572.96 |
| Aflac | 24.00 | 384.00 |
| AflacPT | 32.74 | 523.84 |
| Dental | 7.00 | 112.00 |
| Health | 92.00 | 1,472.00 |
| **Total** | $415.22 | $6,032.92 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 168.76 | 1,995.13 |
| MED | 31.47 | 394.81 |
| SOC | 134.58 | 1,688.15 |
| GA | 108.18 | 1,332.32 |
| **Total** | $442.99 | $5,410.41 |

| Net Pay | XXXXXX5451 | $1,444.20 |
|---|---|---|

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vac | | | 120.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401KMatch | 138.14 | 1,686.94 |

| Limits | | BALANCE |
|---|---|---|
| 401k Loan | | 12,878.61 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**ERNST ENTERPRISE OF GEORGIA LLC**
553 SEABOARD INDUSTRIAL DR
LAWRENCEVILLE GA 30046

Direct Deposit #  1025064176
Date    04/20/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **

VOID ** VOID **

Pay to the
Order of      **ZACHARY HARWOOD**
2148 CLUSTER LN
GRAYSON GA 30017

102101    DD

DIRECT DEPOSIT $1,444.20
TO ACCOUNT #    XXXXXX5451
BANK #      XXXXXX7273

**N O N - N E G O T I A B L E**